**Order entered July 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01126-CV

**BRIGETTA D'OLIVIO, Appellant**

**V.**

**ERHARD HERMUS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14449**

## ORDER

Before the Court is appellant's July 24, 2019 motion to extend the time to file her amended brief. We **GRANT** the motion and extend the time to **Monday, August 5, 2019**. We caution appellant that further extension requests will be strongly disfavored.

/s/    BILL WHITEHILL
       JUSTICE